IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-559-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| PATEL'S PERSONAL PROPERTY, SPECIFICALLY DESCRIBED AS: FUNDS TOTALING $5,923.54 SEIZED FROM TD AMERITRADE ACCOUNT NUMBER 779-186808, AND FUNDS TOTALING $1.00 SEIZED FROM CHASE BANK ACCOUNT NUMBER 001110017588331, | ) |
| Defendants. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendant, Funds Totaling $5,923.54 Seized From TD Ameritrade Account Number 779-186808, for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 22 day of January, 2013.

JULIE A. RICHARDS, Clerk
U. S. District Court
Eastern District of North Carolina