IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-559-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PATEL'S PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| FUNDS TOTALING $5,923.54 | ) |
| SEIZED FROM TD AMERITRADE | ) |
| ACCOUNT NUMBER 779-186808, | ) |
| AND FUNDS TOTALING $1.00 | ) |
| SEIZED FROM CHASE BANK | ) |
| ACCOUNT NUMBER 001110017588331, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT JUDGMENT**
_____

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was not served upon the potential claimant of the defendants due to the fact that he is a fugitive from justice since July 30, 2008. Publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendant, Funds Totaling $5,923.54 Seized From TD Ameritrade

1

Account Number 779-186808, was duly seized by the U. S. Marshal's Service pursuant to said process;

2. The United States advises that the defendant, Funds Totaling $1.00 Seized From Chase Bank Account Number 00111—17588331, have not been seized.

3. No entitled persons have filed any claim to the defendant, Funds Totaling $5,923.54 Seized From TD Ameritrade Account Number 779-186808, nor answer regarding them within the time fixed by law; and

4. The well-plead allegations of the Complaint in respect to the defendant, Funds Totaling $5,923.54 Seized From TD Ameritrade Account Number 779-186808, are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendant, Funds Totaling $5,923.54 Seized From TD Ameritrade Account Number 779-186808;

2. All persons claiming any right, title, or interest in or to the said defendant, Funds Totaling $5,923.54 Seized From TD Ameritrade Account Number 779-186808, are held in default;

3. The defendant, Funds Totaling $5,923.54 Seized From TD Ameritrade Account Number 779-186808, are forfeited to the United States of America;

4. The defendant, Funds Totaling $1.00 Seized From Chase Bank Account Number 00111—17588331, is released from this civil forfeiture action.

5. This Court entered Default in this action at Docket Entry #_10_;

6. The U. S. Department of Justice is hereby directed to dispose of the defendant, Funds Totaling $5,923.54 Seized From TD Ameritrade Account Number 779-186808, according to law; and

7. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 23rd day of _____January_____, 2014.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE